# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Oct 02, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Lo Saetern
*Defendant(s)*

Case No. 2:26-mj-0148 CSK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 14, 2026 through September 21, 2026 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threats |
| 18 U.S.C. § 844(e) | Threats involving explosives |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

FBI TFO Kyle Roberts
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 2, 2026

Chi Soo Kim
*Judge's signature*

City and state: Sacramento, CA

CHI SOO KIM, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Kyle Roberts**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint for Lo SAETERN. Based on the facts set forth in this affidavit, there is probable cause to believe that, between September 14, 2026 and September 21, 2026, SATERN violated 18 U.S.C. § 875(c) – interstate threats, and 18 U.S.C. § 844(e) – threats involving explosives.

2. I am a Detective/Task Force Officer with the Sacramento Police Department and have been since May 13, 2024. I am currently assigned to the FBI Joint Terrorism Task Force. As a deputized federal agent, I am authorized to investigate violations of laws of the United States issued under the authority of the United States. My investigative responsibilities include ideological violent crime.

3. In July of 2014, I attended the Sacramento Police Academy and graduated in December of 2014. This academy was certified by the California Commission on Peace Officer Standards and Training (POST). During this approximately six (6) month long academy, I received basic instruction in all aspects of policing which included but was not limited to: investigation, interviewing, criminal law, arrest procedures, firearms, arrest control, and police tactics.

4. Since December of 2014 to present, I have conducted, as well as participated in, no less than one hundred (100) preliminary criminal investigations, including but not limited to: homicide, rape, robbery, burglary, assault, fraud, larceny, traffic offenses, and various narcotic

related offenses. During these investigations, I conducted interviews with victims, witnesses, and suspects and have made numerous arrests as a result.

5. In January of 2020, I attended an eighty (80) hour class titled, "ICI Basic Investigations," which was taught by ICI. During the class, I was taught how to conduct standard investigations from start to finish. I was also taught basic search warrant technique, interview and interrogation, an introduction to the California Electronic Communication Privacy Act (ECPA) in relation to search warrants, as well as crime scene investigation.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Where statements made by other individuals are referenced in this Affidavit, such statements are described in sum and substance and in relevant parts only. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant parts only.

## LAW

8. 18 U.S.C. § 875(c) provides:

> "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than twenty years, or both."

9. 18 U.S.C. § 844(e) provides:

> "Whoever, through the use of the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully makes any threat, or maliciously conveys false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building,

vehicle, or other real or personal property by means of fire or an explosive shall be imprisoned for not more than 10 years or fined under this title, or both."

## PROBABLE CAUSE

### I. In September 2026, SAETERN posts threats to YouTube about wanting to build a bomb; kill children at a nearby church; carry out a mass shooting event against Muslims; and rape, kill, and mutilate his neighbor's daughter.

9. On September 21, 2026, the California Highway Patrol received a threat-to-life referral from the FBI concerning statements posted through a YouTube account identified as Lo SAETERN. Subscriber information supplied with the referral included SAETERN's name, his date of birth of March 18, 1991, his email address lo.saetern91@gmail.com, his telephone number 916-307-8238, and an IP address associated with the Sacramento area. Investigators determined that SAETERN resided at 191 Prairie Circle, Sacramento, California.

10. The statements attributed to the account included, but are not limited to:

- September 14, 2026 - "The FBI is aiding me in building a bomb. We are going to kill a bunch of kids. @[CHURCH 1]"
- September 14, 2026 – "The FBI and CIA have been sending me encouragement on our terrorist activities. We are gonna suicide bomb a church full of kids."
- September 15, 2026 – "Just got a couple bombs built. Just waiting for the FBI and CIA to give the order. We're ready to mobilize to execute an attack."
- September 15, 2026 – "You have a suicide bomber at your disposal. Just give me the order and a target."
- September 15, 2026 - "I volunteer to give my life to this cause. Lets carry out a mass shooting against all muslims and anyone who supports islam"

- September 15, 2026 – “volunteer to attack all Muslims and Islamic centers. Pay them back. Let me kill all Muslims and attack Islamic centers.”
- September 16, 2026 – “I’ve been stalking my drug dealing neighbors little Asian daughter. I’m gonna rape and kill the bitch”
- September 17, 2026 - “I'm planning on raping and killing my drug dealing neighbors little asian daughter. I think I’ll chop her up and put her through a blender after”
- September 17, 2026 – “Lets kill their kids in their church @[CHURCH 1]”
- September 17, 2026 - “I'm targeting the kids @[CHURCH 1] let's kill those fucking kids”
- September 19, 2026 – “I’m going to kill some kids. I’m going to make them feel as much physical pain as possible. I’m going to torture the babies until their little bodies give out.”
- September 21, 2026 - “I'm planning an attack on the kids @[CHURCH 1]”
- September 21, 2026 – “Kill their fucking kids @[CHURCH 1]”
- September 21, 2026 – “The FBI came and spoke with me. They want me to kill some kids @[CHURCH 1].”

11. Investigators determined that “@[CHURCH 1]” refers to a Christian evangelical church, located in Elk Grove near SAETERN’s residence.

**II. Law enforcement searches SAETERN’s residence. They find explosives precursors, receipts for SAETERN’s purchase of those explosives precursors, and firearms and ammunition.**

12. Sacramento Police Department officers contacted SAETERN at his residence on September 21, 2026. SAETERN described having mental health issues, acknowledged thoughts

or intent to harm certain people, and acknowledged posting online statements that could have caused others fear. SAETERN was detained, and officers subsequently searched the residence pursuant to a state warrant.

13. During the investigation, officers found the SAETERN's electronic devices. Specifically, SAETERN's brother identified a Cybertron desktop computer tower bearing a CLX logo from the dining room as SAETERN's primary computer. SAETERN's father also identified this computer as one SAETERN used. Officers seized it, along with a black Xbox/Seagate game drive, which was plugged into the rear of the tower. Officers additionally seized a blue Samsung cellular telephone with a black case, which was located near the computer desk. SAETERN's mother identified this phone as SAETERN's.

14. SAETERN's brother told officers that his parents' guns were in a safe but claimed SAETERN had no access to the safe. Officers found seven firearms and ammunition in SAETERN's parents' bedroom, only two of which were in a locked safe. These included:

- A CZ 9mm handgun, which was in a backpack on the floor.
- A Savage .17 HMR rifle, Spartan 12-gauge shotgun, Mossberg 12-gauge shotgun, and Browning 7mm rifle, which were in cases in the closet.
- A Savage .308 rifle and Ruger 10/22 rifle, which were inside a locked safe.

Officers also found ammunition in various locations in the parents' bedroom, including in the safe, closet, gun cases, and backpack. The firearms not in the safe could have been accessed by anyone inside the residence. The firearms were seized and booked into property.

15. Inside SAETERN's bedroom, officers found two bags of pure sulfur powder. Sulfur powder is an explosives precursor. It is not a common household item. It can be combined with charcoal and potassium nitrate to make black powder, which is an "explosive"

within the meaning of 18 U.S.C. § 841(d). In SAETERN's bedroom, there was also indicia of occupancy, including identification documents belonging to SAETERN, prescription medication bearing his name, and other personal property found inside.

16. On September 22, 2026, Explosive Ordnance Disposal (EOD) officers served a follow-up search warrant at the residence. An EOD officer found one live Remington 12-gauge shotgun shell in a white box on SAETERN's bed. The officer collected and booked the shell. Its location was separate from the ammunition found in the parents' bedroom.

17. In SAETERN's bedroom, EOD officers also found receipts for sulfur shipped to the residence, including a receipt addressed to SAETERN, and a shipment of approximately one pound of charcoal powder addressed to him. EOD officers and an FBI bomb technician tested the charcoal powder recovered from the property. It did not test as energetic explosive powder, and officers concluded it was charcoal. According to the EOD report, sulfur and charcoal can be ingredients of black powder when combined with potassium nitrate. The report states that no other bomb-making items were found during that search.

18. On September 24, 2026, I queried the Mental Health Firearms Prohibition System (MHFPS) for SAETERN. The query returned a record reflecting a lifetime mental health firearm prohibition, which had been issued on December 2, 2019, under record number 131736387.[1]

**III. Previously, in December 2019, SAETERN made statements that he was driving around with a bomb and wanted to blow himself up. Law enforcement found explosives precursors and bomb making materials.**

---

[1] This result differed from an earlier records check documented in the Sacramento Police Department report, which stated that SAETERN was "not a prohibited person." The checks documented in that report did not include a query of the MHFPS database.

19. On December 23, 2019, Sacramento Police Department received a call reporting that SAETERN had told a pastor that he was driving around with a bomb. Officers conducted a welfare check and met with SAETERN at his residence. SAETERN stated that he had been having thoughts of making a bomb and blowing himself up. He said that he had been driving around trying to provoke people to get himself killed. Officers transported SAETERN to the U.C. Davis Medical Center. SAETERN was placed on an involuntary mental health commitment.

20. On December 27, 2019, SAETERN stated to hospital staff that he had built a potassium nitrate bomb, but that he had then dismantled it. SAETERN stated that the dismantled bomb was currently in his bedroom.

21. Officers went to SAETERN's residence, and SAETERN's father allowed officers into SAETERN's bedroom. On a bookcase in SAETERN's room, officers saw a digital scale, a mortar and pestle with obvious black powder residue, a medium sized black container with a screw sticking out of the top, and a box filled with factory-grade chemicals, including charcoal, sulfur powder, and potassium nitrate. As noted above, these are the three components to black powder, an explosive. Officers recognized these items to be consistent with bomb making materials, and called in officers with the EOD team to safely handle the materials.

22. After SAETERN's parents executed consent to search forms, EOD officers conducted a search of SAETERN's bedroom. The officers located an 11-pound bag of sulfur powder, 10 one-pound bags of potassium nitrate powder, and a three-pound bag of charcoal. Nearby, officers found several items with black residue, including a mortar and pestle, an electronic scale, and a container built for a rock polishing tumbler. The rock polishing tumbler had a small quantity of black powdery substance, which was energetic when tested. The EOD

report opined that this substance was consistent with black powder or flash powder. The officers seized all of these items.

23. Based on my training and experience, individuals who construct bombs and explosives devices often start planning, gathering materials, and learning how to construct those devices months in advance.

**CONCLUSION**

24. For the reasons stated above, there is probable cause to believe that SAETERN violated 18 U.S.C. § 875(c) and 18 U.S.C. § 844(e).

Respectfully submitted,

/s/

TFO Kyle Roberts
Task Force Officer
FBI / Sacramento Police Department

Subscribed and sworn to telephonically before me on October 2, 2026:

Chi Soo Kim

Hon. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

*/s/ Elliot C. Wong*

Approved as to form by AUSA ELLIOT WONG