ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
**Oct 15, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LO SAETERN,

Defendant.

CASE NO. 2:26-cr-0198 TLN

18 U.S.C. § 875(c) – Interstate Threats;
18 U.S.C. § 844(e) – Threats Involving Explosives;
18 U.S.C. § 922(g)(4) – Prohibited Person in Possession of Ammunition; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 875(c) – Interstate Threats]

The Grand Jury charges: T H A T

LO SAETERN,

defendant herein, between on or about September 14, 2026, through on or about September 21, 2026, in the State and Eastern District of California, and elsewhere, did knowingly and willfully transmit in interstate and foreign commerce a communication that contained a threat to injure children at Church 1, in violation of Title 18, United States Code, Section § 875(c).

COUNT TWO: [18 U.S.C. § 844(e) – Threats Involving Explosives]

The Grand Jury further charges: T H A T

LO SAETERN,

defendant herein, between on or about September 14, 2026, through on or about September 21, 2026, in

the State and Eastern District of California, and elsewhere, through the use of the mail, telephone, telegraph, and other instrument of interstate and foreign commerce, and in or affecting interstate and foreign commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual, to wit: the children of Church 1, and unlawfully damage and destroy and building, vehicle, and other real and personal property by means of fire and an explosive, in violation of Title 18, United States Code, Section 844(e).

COUNT THREE: [18 U.S.C. § 922(g)(4) – Prohibited Person in Possession of Ammunition]

The Grand Jury further charges: T H A T

LO SAETERN,

defendant herein, on or about September 22, 2026, in the State and Eastern District of California, and elsewhere, knowing that he had been adjudicated as a mental defective and who has been committed to a mental institution, did knowingly possess ammunition, specifically, a Remington 12-gauge shotgun shell, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(4).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 844(c), 924(d)(1), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant LO SAETERN shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to the following:

a. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

2. Upon conviction of the offense alleged in Count Two of this Indictment, defendant LO SAETERN shall forfeit to the United States pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved, used, or intended to be used in the violation, and pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of the offense alleged in Count Three of this Indictment, defendant LO SAETERN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

4. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

ERIC GRANT
United States Attorney

2:26-cr-0198 TLN

No. __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

LO SAETERN

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 875(c) – Interstate Threats;
18 U.S.C. § 844(e) – Threats involving explosives;
18 U.S.C. § 922(g)(4) – Prohibited person in possession of ammunition;
18 U.S.C. §§ 844(c), 924(d)(1), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

_________________________________________
*Foreman.*

*Filed in open court this* ________15____ *day*

*of* _______October_, *A.D. 20* 26___

_________________/s/ C. Nair__________________
*Clerk.*

*Bail, $* **No Process Necessary**

_________________________________________ [signature]

GPO 863 525

2:26-cr-0198 TLN

**United States v. LO SAETERN**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 875(c) – Interstate Threats

PENALTIES: A maximum of up to five years imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 844(e) – Threats involving explosives

PENALTIES: A maximum of up to 20 years' imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**

VIOLATION: 18 U.S.C. § 922(g)(4) – Prohibited person in possession of ammunition

PENALTIES: A maximum of up to 15 years' imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATIONS: 18 U.S.C. §§ 844(c), 924(d)(1), 981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document